NUMBER 13-05-266-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
_______________________________________________________

IN RE: CONSUMERS COUNTY MUTUAL INSURANCE COMPANY
_______________________________________________________

On Petition for Writ of Mandamus
_______________________________________________________

MEMORANDUM OPINION

Before Justices Rodriguez, Castillo, and Garza
Memorandum Opinion Per Curiam

         Relator Consumers County Mutual Insurance Company filed a petition for writ
of mandamus in the above cause on April 13, 2005. The Court, having examined and
fully considered the petition for writ of mandamus, is of the opinion that said petition
should be denied. The petition for writ of mandamus is hereby DENIED.
                                                                        PER CURIAM


Memorandum Opinion delivered and filed
this the 10th day of May, 2005.